```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | |
|---|---|
| CARL CHERY,                    * | |
|     Plaintiff,                 * | |
| vs.                            * | CASE NO. 4:08-CV-52 (CDL) |
| UNITED STATES DHS/ICE,         * | |
|     Defendants.                * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 6, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 7th day of November, 2008.

                                    S/Clay D. Land
                                    CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE